# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

LISA KLEINSCHMIT,

           **Plaintiff,**

    v.                                          Civil No. 09-6001-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           **Defendant.**

## JUDGMENT

This action is reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for calculation and award of benefits consistent with this Court's opinion and order filed June 10, 2010.

Dated: June **15**, 2010.

                                                            /s/ Ann Aiken
                                                            **United States District Judge**